

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| FRANCISCO VALLES, | § | No. 08-18-00061-CR |
| Appellant, | § | Appeal from the |
| v. | § | 409th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20150D02069) |
| | § | |

## **O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **March 24, 2019.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before March 24, 2019.

IT IS SO ORDERED this 7th day of February, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.